UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MCBRIDE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. FINANDER, et al.,<br>et al.,<br><br>　　　　　Defendants. | CASE NO. CV 10-10040-JGB(PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the original Report to which Defendants have objected. The Court accepts the Final Report and adopts it as its own findings and conclusions.

　　DATED:　　December 27, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE