# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MCBRIDE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>P. FINANDER, M.D., et al.,<br><br>　　　　　Defendants. | Case No. 2:10CV-10-10040-JGB-PJW<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL REGARDING DEFENDANTS J. FITTER AND P. BARNETT**<br><br>[~~PROPOSED~~]<br><br>Magistrate Judge:　Hon. Patrick J. Walsh |

　　　PURSUANT TO THE PARTIES' JOINT STIPULATION, this Court hereby grants the joint stipulation to dismiss defendants J. FITTER and P. BARNETT from this action with prejudice, subject to the terms and conditions of the joint stipulation.

　　　IT IS SO ORDERED.

Dated: ___April 23___, 2014

Honorable ~~Patrick J. Walsh~~ Jesus G. Bernal
United States District Court ~~Magistrate~~ Judge
　　　　　　　　　　　　　　　　　　　District